UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC WILLIAMS** | **CIVIL ACTION** |
| **versus** | **NO. 12-670** |
| **STATE OF LOUISIANA** | **SECTION: "C" (3)** |

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Although the petition is being dismissed as time-barred, nothing in this order rules on the merits of the claims and nothing in this order prevents the petitioner from seeking review of unexhausted claims in state court. Accordingly,

**IT IS ORDERED** that the federal petition of **Eric Williams** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 26th day of November, 2012.

_____
**UNITED STATES DISTRICT JUDGE**